JOHN KILLIAN v. MOLLIE MUZIO.

**Application of Rule as to Computation of Time.**
　　The rule found in Gen. Code 10216, providing how time shall be computed, applies to any act required by the law to be done.

ERROR to common pleas court.

*C. B. Wilby,* for plaintiff in error.
*Karl H. Cadwell,* for defendant in error.

The court below dismissed the petition on the ground that Gen. Code 10216 does not apply to proceedings before justices of the peace. This section reads:

Hamilton County Circuit.

"Unless otherwise specially provided, the time within which an act is required by law to be done shall be·computed by excluding the first day and including the last; except that the last shall be excluded if it be Sunday."

## JONES, J.

We are of the opinion that Gen. Code 10216, is not limited in its application to any one court but it is intended to apply, as its language implies, to any act required by law to be done.

Judgment reversed and cause remanded.

**Smith** and **Swing, JJ.,** concur.